UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARSON OPTICAL, INC. and LEADING
EXTREME OPTIMIST INDUSTRIES
LIMITED,

                     Plaintiffs,

    -against-

ELECTRO-OPTIX, INC. and CHRISTOPHER
SCHOENJOHN,

                    Defendants.
-----------------------------------------------------------X
PLATT, District Judge.

09-CV-1625 (TCP)

**ORDER**

      Before the Court is Magistrate Judge Arlene R. Lindsay's Report dated June 8,
2010 which recommends that the default judgment entered against defendants on May
18, 2010 (D.E. # 15) be vacated in the interests of justice and which also recommends
that defendants' service-of-process argument be considered waived for failure to raise
same in a motion to dismiss.

      The undersigned, having reviewed Magistrate Judge Lindsay's Report and
there being no objection to it, hereby adopts the Report in its entirety.
Accordingly, the default judgment entered against defendants on May 18, 2010 is
hereby vacated and defendants' service-of-process argument is deemed waived.

**SO ORDERED**.

Dated: July 8, 2010
      Central Islip, New York

                                    Thomas C. Platt, U.S.D.J.